Clerk's Office
Filed Date: 3/24/23

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself
and all others similarly situated,

                        Plaintiffs,

      -against-

MADCADI, INC.

                        Defendant.
-------------------------------------------------------------x

Case No. 1:22-cv-06695-MKB-CLP

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ ("Plaintiff") and MADCADI, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: March 21, 2023

The Law Office of Noor A. Saab, Esq.

By: *Noor A. Saab*
    A9BA3498BEC04D2...
Noor A. Saab Esq.
*Attorney for Plaintiff*
380 North Broadway, Ste 300
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

Fox Rothschild LLP

By: *[signature]*
Bryn Goodman, Esq.
*Attorney for the Defendant*
101 Park Ave., 17th Fl.
New York, NY 10178
Tel: (212) 878-7975
Email: bgoodman@foxrothschild.com

SO ORDERED:
s/ MKB 3/23/2023

_____
MARGO K. BRODIE
United States District Judge

1